# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

SEMI-MATERIALS CO., LTD, AND SMC SHANGHAI

    Plaintiffs,

v.          CASE NUMBER:    4:08-cv-434 JCH

MEMC ELECTRONIC MATERIALS, INC., AND MEMC PASADENA, INC.,

    Defendants.

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that on the claim of SMC Shanghai against MEMC Pasadena, Inc. for breach of alleged Sales Representation Agreement for the territory of China, we, the jury,. find in favor of Plaintiff SMC Shanghai. We, the jury, assess the damages of Plaintiff SMC Shanghai at $29,000.00. On the claim of Semi-Materials Co., Ltd. against MEMC Pasadena, Inc. for breach of alleged Sales Representation Agreement for the territory of Korea, we, the jury,. find in favor of Plaintiff Semi-Materials Co, Ltd. We, the jury, assess the damages of Plaintiff Semi-Materials Co., Ltd. at $180,000.00. On the claim of Semi-Materials Co., Ltd. against MEMC Electronic Materials, Inc. for tortious interference with business expectancy, we, the jury, find in favor of Defendant MEMC Electronic Materials, Inc.

January 12, 2010
DATE

James G. Woodward
CLERK

By: _____
DEPUTY CLERK